UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ALEXANDER SOLANO,

Plaintiff,

v.

CARLOS MORALES, et al.,

Defendants.

Case No. 17-cv-03190-JCS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to file an amended complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint that complies in all respects with the Court's order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALEXANDER SOLANO,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS MORALES, et al.,<br><br>    Defendants. | Case No. 17-cv-03190-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on September 25, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Alexander Solano ID: 1062985
Maple Street Correctional Center
1300 Maple Street
Redwood City, CA 94063

Dated: September 25, 2017

                                       Susan Y. Soong
                                       Clerk, United States District Court

                                       By: *Karen L. Hom*
                                       Karen Hom, Deputy Clerk to the
                                       Honorable JOSEPH C. SPERO